# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE ARNETT,<br><br>  Plaintiff,<br><br>  v.<br><br>WALGREEN COMPANY, INC.,<br><br>  Defendant. | No. 1:13-CV-2066-LJO-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

Plaintiff, Timothy Wayne Arnett ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed in forma pauperis pursuant to 28 U.S.C. section 1915 on December 19, 2013. (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees.  Plaintiff's Motion to Proceed in forma pauperis is therefore GRANTED.

IT IS SO ORDERED.

Dated:   February 10, 2014          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1